**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CHICAGO ORNAMENTAL IRON, INC., et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 25-cv-05131 |
| | ) | |
| SELECTIVE INSURANCE CO. OF AMERICA, et al. | ) | District Judge: Hon. Mary M. Rowland |
| | ) | |
| | ) | Magistrate Judge:  Hon. Young B. Kim |
| Defendants. | ) | |
| | ) | |

**PLAINTIFF CHICAGO ORNAMENTAL IRON, INC.'S FED. R. CIV. P. 7.1
DISCLOSURE AND LOCAL RULE 3.2 NOTIFICATION OF AFFILIATES**

Plaintiff Chicago Ornamental Iron, Inc., by its undersigned counsel, and pursuant to Fed.

R. Civ. P. 7.1 and Northern District of Illinois Local Rule 3.2, states:

Chicago Ornamental Iron, Inc. is a nongovernmental entity.  It has no parent corporation

and no publicly held corporation owns 10% or more of its stock. Its affiliates (shareholders) are

Jonathan Samek and Munish Mehta.

Respectfully submitted,

**Chicago Ornamental Iron, Inc.**

By:  */s/ Richard M. Goldwasser*
One of the Attorneys for Plaintiffs

Richard M. Goldwasser
richard.goldwasser@sfbbg.com
Andrew S. Johnson
Andrew.johnson@sfbbg.com
**SCHOENBERG FINKEL BEEDERMAN
BELL GLAZER LLC**
300 S. Wacker Dr., Ste. 1500
Chicago, IL 60606
(312) 648-2300

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, Richard M. Goldwasser, an attorney, does hereby certify that on May 13, 2025, he served a copy of the foregoing ***Plaintiff Chicago Ornamental Iron, Inc.'s Fed. R. Civ. P. 7.1 Disclosure and Local Rule 3.2 Notification of Affiliates***, via the CM/ECF filing system upon all attorneys of record.

*/s/ Richard M. Goldwasser*
Richard M. Goldwasser