IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO ORNAMENTAL IRON, INC., et al. ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Case No. 25-cv-05131 |
| ) | |
| SELECTIVE INSURANCE CO. OF AMERICA, ) | Judge Mary M. Rowland |
| et al. ) | |
| ) | Magistrate Judge Young B. Kim |
| Defendants. ) | |
| ) | |

**PLAINTIFF 4340 HOLDINGS LLC'S FED. R. CIV. P. 7.1 DISCLOSURE
AND LOCAL RULE 3.2 NOTIFICATION OF AFFILIATES**

Plaintiff 4340 Holdings LLC, by its undersigned counsel, and pursuant to Fed. R. Civ. P. 7.1 and Northern District of Illinois Local Rule 3.2, states:

4340 Holdings LLC is a nongovernmental entity. It has no parent corporation and no publicly held corporation owns 10% or more of its stock. Its affiliates (members) are Jonathan Samek and Munish Mehta.

Respectfully submitted,

**4340 Holdings LLC**

By: */s/ Richard M. Goldwasser*
One of the Attorneys for Plaintiffs

Richard M. Goldwasser
richard.goldwasser@sfbbg.com
Andrew S. Johnson
Andrew.johnson@sfbbg.com
**SCHOENBERG FINKEL BEEDERMAN
BELL GLAZER LLC**
300 S. Wacker Dr., Ste. 1500
Chicago, IL 60606
(312) 648-2300

## **CERTIFICATE OF SERVICE**

      The undersigned, Richard M. Goldwasser, an attorney, does hereby certify that on May 13, 2025, he served a copy of the foregoing ***4340 Holdings LLC's Fed. R. Civ. P. 7.1 Disclosure and Local Rule 3.2 Notification of Affiliates***, via the CM/ECF filing system upon all attorneys of record.

                                                          */s/ Richard M. Goldwasser*
                                                          Richard M. Goldwasser