IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO ORNAMENTAL IRON, INC., et al. | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 25-cv-05131 |
| SELECTIVE INSURANCE CO. OF AMERICA, et al. | ) District Judge: Hon. Mary M. Rowland |
| | ) Magistrate Judge: Hon. Young B. Kim |
| Defendants. | ) |

**PLAINTIFF 4340 W. 47TH ST. LLC'S FED. R. CIV. P. 7.1 DISCLOSURE AND LOCAL RULE 3.2 NOTIFICATION OF AFFILIATES**

Plaintiff 4340 W. 47th St. LLC, by its undersigned counsel, and pursuant to Fed. R. Civ. P. 7.1 and Northern District of Illinois Local Rule 3.2, states:

4340 W. 47th St. LLC is a nongovernmental entity. It has no parent corporation and no publicly held corporation owns 10% or more of its stock. Its affiliates (members) are Jonathan Samek and Munish Mehta.

Respectfully submitted,

**4340 W. 47th St. LLC**

By: /s/ *Richard M. Goldwasser*
One of the Attorneys for Plaintiffs

Richard M. Goldwasser
richard.goldwasser@sfbbg.com
Andrew S. Johnson
Andrew.johnson@sfbbg.com
**SCHOENBERG FINKEL BEEDERMAN BELL GLAZER LLC**
300 S. Wacker Dr., Ste. 1500
Chicago, IL 60606
(312) 648-2300

## **CERTIFICATE OF SERVICE**

  The undersigned, Richard M. Goldwasser, an attorney, does hereby certify that on May 13, 2025, he served a copy of the foregoing *4340 W. 47th St. LLC's Fed. R. Civ. P. 7.1 Disclosure and Local Rule 3.2 Notification of Affiliates*, via the CM/ECF filing system upon all attorneys of record.

                */s/ Richard M. Goldwasser*
                Richard M. Goldwasser