# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Chicago Ornamental Iron, Inc., et al. v. Selective Insurance Co. of America, et al.

Case Number: 25-cv-05131

An appearance is hereby filed by the undersigned as attorney for:

Plaintiffs - Chicago Ornamental Iron, Inc., 4340 W. 47th ST. LLC, and 4340 HOLDINGS LLC

Attorney name (type or print): Andrew S. Johnson

Firm: Schoenberg Finkel Beederman Bell Glazer, LLC

Street address: 300 S. Wacker Dr., Ste. 1500

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6317148
(See item 3 in instructions)

Telephone Number: (312) 648-2300

Email Address: andrew.johnson@sfbbg.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☑ |
| Are you a member of the court's general bar? | ☑ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ☑ |
| Are you appearing *pro hac vice*? | ☐ | ☑ |
| If this case reaches trial, will you act as the trial attorney? | ☑ | ☐ |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on May 13, 2025

Attorney signature: S/ Andrew S. Johnson
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023