UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Chicago Ornamental Iron, Inc., et al.
Plaintiff,

v. Case No.: 1:25−cv−05131
Honorable Mary M. Rowland

Selective Insurance Co. of America, et al.
Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 13, 2025:

MINUTE entry before the Honorable Mary M. Rowland: Minute Entry: In light of Defendants' invocation of diversity jurisdiction in the notice of removal [1], on or before 6/4/25, Defendants shall file a jurisdictional supplement, as a separate docket entry. Defendants are reminded that a corporation is a citizen of its state of incorporation and the state where it maintains its principal place of business. Qin v. Deslongchamps, 31 F.4th 576, 579 (7th Cir. 2022). Defendants must therefore set forth the state where Plaintiff Chicago Ornamental Iron, Inc.'s principal place of business is located. Defendants are additionally reminded that the citizenship of LLCs is the citizenship of each of its members. Thomas v. Guardsmark, LLC, 487 F.3d 531, 534 (7th Cir. 2007). An LLC's members' "identities and citizenships must be revealed." West v. Louisville Gas & Electric Co., 951 F.3d 827, 829 (7th Cir. 2020). Defendants must therefore identify and set forth the citizenship of each of Plaintiff 4340 W. 47th ST. LLC's and Plaintiff 4340 Holdings LLC's members. If Defendants fail to file the jurisdictional supplement as directed, the case may be dismissed for lack of subject−matter jurisdiction. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.