IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHICAGO ORNAMENTAL IRON, INC., et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 1:25-cv-05131 |
| SELECTIVE INSURANCE COMPANY OF AMERICA, a New Jersey corporation, and ASSUREDPARTNERS OF ILLINOIS, LLC, An Illinois limited liability company, | ) ) ) ) ) ) |
| Defendants. | ) |

## CORPORATE DISCLOSURE STATEMENT

This Corporate Disclosure Statement is filed on behalf of SELECTIVE INSURANCE COMPANY of AMERICA in compliance with Federal Rule of Civil Procedure 7.1.

1. Selective Insurance Company of America ("Selective") is a wholly owned subsidiary of Selective Insurance Group, Inc., a publicly traded company (NASDAQ: SIGI).

2. BlackRock, Inc. ("BlackRock"), a publicly traded investment management firm, owns more than a 10% interest of SIGI. BlackRock has purchased SIGI common shares in the ordinary course of its investment business and has previously filed Schedules 13G/A with the SEC. On January 23, 2024, BlackRock filed a Schedule 13G/A reporting beneficial ownership as of December 31, 2023, of 12.8% of SIGI's common stock. In connection with purchasing SIGI common shares, BlackRock filed the necessary filings with the insurance regulatory authorities. Based on those filings, BlackRock is deemed not to be a controlling person for the purposes of applicable insurance law.

3. The Vanguard Group ("Vanguard"), a large investment management company, owns more than a 10% interest of SIGI. Vanguard has purchased SIGI common shares in the ordinary course of its investment business. On February 13, 2024, Vanguard filed a Schedule

13G/A reporting beneficial ownership of 10.24% of SIGI's common stock as of December 29, 2023. In connection with purchasing SIGI common shares, Vanguard filed the necessary filings with insurance regulatory authorities. On the basis of those filings, we do not expect Vanguard to be deemed a controlling person for the purposes of applicable insurance law.

Dated: May 16, 2025                           Respectfully submitted,

                                                                                By:  */s/ Michael P. Baniak*
                                                                                     One of the Attorneys for
                                                                                     SELECTIVE INSURANCE COMPANY OF AMERICA

Michael P. Baniak
Dennis M. Dolan
Zachary G. Stillman
LITCHFIELD, CAVO, LLP
303 West Madison, Suite 300
Chicago, IL 60606
(312) 781-6596 (Baniak)
(312) 781-6641 (Dolan)
(312) 781-6672 (Stillman)
Baniak@litchfieldcavo.com
Dolan@litchfieldcavo.com
Stillman@litchfieldcavo.com
Firm ID.: 36351

**CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2025, I electronically filed the foregoing CORPORATE DISCLOSURE STATEMENT with the Clerk of the Court using the CM/ECF system which will provide notice and service of same on all counsel of record.

By: /s/ Michael P. Baniak