# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Chicago Ornamental Iron, Inc., et al.

                        Plaintiff,

v.                                         Case No.: 1:25−cv−05131
                                         Honorable Mary M. Rowland

Selective Insurance Co. of America, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 3, 2025:

      MINUTE entry before the Honorable Mary M. Rowland: Attorneys' Carrie Josserand [17] and Michael Abrams's [18] motions to appear pro hac vice are granted. Attorneys Josserand and Abrams are reminded to become familiar with this Court's local rules. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.