UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Chicago Ornamental Iron, Inc., et al.
                              Plaintiff,

v.                                        Case No.: 1:25−cv−05131
                                                    Honorable Mary M. Rowland

Selective Insurance Co. of America, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 4, 2025:

     MINUTE entry before the Honorable Mary M. Rowland: The Court has reviewed the parties' Rule 26(f) report [19] and accept the parties proposed discovery deadlines: Rule 26(a)(1) disclosures due 6/10/25; written discovery to be issued by 7/16/25, written discovery to be completed by 9/26/25, fact witness oral discovery to be completed by 12/12/25, Plaintiffs' expert disclosures and reports due by 1/30/26, Defendants' rebuttal expert disclosures and reports due by 2/27/26, Plaintiffs' experts to be deposed by 4/15/26, and Defendants' experts to be deposed by 5/29/26. Joint initial status report remains due on 6/26/25. Parties are free to file a modified version of the JISR as the Court will not need proposals regarding discovery dates. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.