**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Chicago Ornamental Iron, Inc., et al. v. Selective Insurance Company of America, et al.

Case Number: 1:25-cv-05131

An appearance is hereby filed by the undersigned as attorney for:

Defendant AssuredPartners of Illinois, LLC

Attorney name (type or print): Carrie E. Josserand

Firm: Lathrop GPM LLP

Street address: 2345 Grand Blvd., Suite 2200

City/State/Zip: Kansas City, MO 64108

Bar ID Number: 50692
(See item 3 in instructions)

Telephone Number: 913-451-5135

Email Address: carrie.josserand@lathropgpm.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✔ |
| Are you a member of the court's general bar? | ☐ | ✔ |
| Are you a member of the court's trial bar? | ☐ | ✔ |
| Are you appearing *pro hac vice*? | ✔ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ✔ | ☐ |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on June 4, 2025

Attorney signature: S/ Carrie E. Josserand
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023