**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| CHICAGO ORNAMENTAL IRON, INC., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SELECTIVE INSURANCE COMPANY OF | ) | |
| AMERICA, a New Jersey corporation, and | ) | No. 1:25-cv-05131 |
| ASSUREDPARTNERS OF ILLINOIS, LLC, | ) | |
| an Illinois limited liability company, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

**DEFENDANT ASSUREDPARTNERS OF ILLINOIS, LLC'S**
**UNOPPOSED MOTION FOR LEAVE TO FILE ITS FIRST AMENDED ANSWER**

Defendant AssuredPartners of Illinois, LLC ("AssuredPartners"), pursuant to Federal Rule of Civil Procedure 15(a) and for good cause, hereby moves this Court for leave to file a First Amended Answer to Plaintiffs' Original Complaint (Dkt. 1-1). The proposed First Amended Answer is attached as Exhibit A. In support of this motion, AssuredPartners states:

1.     The First Amended Answer, attached hereto as Exhibit A, is amended to conform with N. D. Ill. L.R. 10.1 and to correct an unintentional error in sequence.

2.     Counsel for AssuredPartners has contacted counsel for Plaintiffs and counsel for Defendant Selective Insurance Company of America, all of whom consent to this motion.

3.     The request to amend is not a product of bad faith or dilatory motive and there has been no undue delay in this request.

4.     The motion is submitted in good faith and for good cause and not for purpose of harassment or delay.

5.     AssuredPartners' motion will not prejudice any party to this action.

6.     By filing this motion, AssuredPartners does not waive any rights or defenses that may be available to it in this court.

WHEREFORE, Defendant AssuredPartners respectfully requests that the Court grant it leave to file its First Amended Answer, as attached hereto as Exhibit A, and for such other and further relief the Court deems just, proper and equitable.


Dated: June 4, 2025                                     Respectfully submitted,

                                                        LATHROP GPM LLP

                                                        By:   */s/ Arielle B. McPherson*
                                                              Arielle B. McPherson (ARDC No. 6337863)
                                                              155 North Wacker Drive, Suite 3800
                                                              Chicago, IL 60606
                                                              Tel. (312) 920-3300 | Fax (312) 920-3301
                                                              arielle.mcpherson@lathropgpm.com

                                                              Michael J. Abrams (*admitted pro hac vice*)
                                                              Carrie E. Josserand (*admitted pro hac vice*)
                                                              2345 Grand Blvd., Ste. 2200
                                                              Kansas City, MO 64108
                                                              Tel. (816) 292-2000 | Fax (816) 292-2001
                                                              Michael.abrams@lathropgpm.com
                                                              Carrie.josserand@lathropgpm.com

                                                        ***Attorneys for Defendant AssuredPartners of Illinois, LLC***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 4, 2025, a true and correct copy of the

foregoing AssuredPartners' Unopposed Motion for Leave to File its First Amended Answer was

filed via the Court's electronic filing system and served via electronic mail upon the following

counsel of record:

Richard M. Goldwasser
Andrew S. Johnson
SCHOENBERG FINKEL BEEDERMAN
  BELL GLAZER LLC
300 S. Wacker Drive, Suite 1500
Chicago, IL 60606
(312) 648-2300
richard.goldwasser@sfbbg.com
andrew.johnson@sfbbg.com

*Attorneys for Plaintiffs*

Michael P. Baniak
Dennis M. Dolan
Zachary G. Stillman
LITCHFIELD, CAVO, LLP
303 West Madison, Suite 300
Chicago, IL 60606
(312) 781-6596
Baniak@litchfieldcavo.com
Dolan@litchfieldcavo.com
Stillman@litchfieldcavo.com

*Attorneys for Defendant*
*Selective Insurance Company of America*


        */s/ Arielle B. McPherson*
        **An Attorney for Defendant**
        **AssuredPartners of Illinois, LLC**