# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Chicago Ornamental Iron, Inc., et al.

                     Plaintiff,

v.                                           Case No.: 1:25−cv−05131

                                                   Honorable Mary M. Rowland

Selective Insurance Co. of America, et al.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 30, 2025:

       MINUTE entry before the Honorable Mary M. Rowland: The Court has reviewed the parties' joint status report [29]. The parties conferred on 5/27/25 for an initial discovery conference pursuant to Rule 26(f) and have served all initial disclosures. Plaintiffs issued their first set of discovery requests to Defendants. The parties anticipate that there will be expert discovery. Fact discovery closes on 12/12/25. [21]. The parties are to file a status report on 8/28/25 updating the Court on the status of discovery and whether a settlement conference would be beneficial. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.