IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHICAGO ORNAMENTAL IRON, INC., et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> SELECTIVE INSURANCE COMPANY OF ) <br> AMERICA, a New Jersey corporation, and ) <br> ASSUREDPARTNERS OF ILLINOIS, LLC, ) <br> an Illinois limited liability company, ) <br> ) <br> Defendants. ) | No. 1:25-cv-05131 |

**CERTIFICATE OF SERVICE OF DEFENDANT ASSUREDPARTNERS
OF ILLINOIS, LLC'S FIRST DISCOVERY REQUESTS TO PLAINTIFFS**

Defendant AssuredPartners of Illinois, LLC ("AssuredPartners") certifies that on July 16, 2025, it served AssuredPartners' First Set of Interrogatories to Plaintiffs and First Set of Requests for Production of Documents to Plaintiffs, in pdf and Word format, via electronic mail to the following counsel of record:

Richard M. Goldwasser
Andrew S. Johnson
richard.goldwasser@sfbbg.com
andrew.johnson@sfbbg.com
*Attorneys for Plaintiffs*

Michael P. Baniak
Dennis M. Dolan
Zachary G. Stillman
Baniak@litchfieldcavo.com
Dolan@litchfieldcavo.com
Stillman@litchfieldcavo.com
*Attorneys for Defendant
Selective Insurance Company of America*

1

Dated: July 16, 2025

Respectfully submitted,

LATHROP GPM LLP

By: /s/ Carrie E. Josserand
Arielle B. McPherson (ARDC No. 6337863)
155 North Wacker Drive, Suite 3800
Chicago, IL 60606
Tel. (312) 920-3300 | Fax (312) 920-3301
arielle.mcpherson@lathropgpm.com

Michael J. Abrams (admitted *pro hac vice*)
Carrie E. Josserand (admitted *pro hac vice*)
2345 Grand Blvd., Ste. 2200
Kansas City, MO 64108
Tel. (816) 292-2000 | Fax (816) 292-2001
Michael.abrams@lathropgpm.com
Carrie.josserand@lathropgpm.com

***Attorneys for Defendant AssuredPartners of Illinois, LLC***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 16, 2025, the foregoing Certificate of Service was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Carrie E. Josserand
***An Attorney for Defendant AssuredPartners of Illinois, LLC***