**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| CHICAGO ORNAMENTAL IRON, INC., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SELECTIVE INSURANCE COMPANY OF | ) | |
| AMERICA, a New Jersey corporation, and | ) | No. 1:25-cv-05131 |
| ASSUREDPARTNERS OF ILLINOIS, LLC, | ) | |
| an Illinois limited liability company, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE OF DEFENDANT ASSUREDPARTNERS**
**OF ILLINOIS, LLC'S FIRST DISCOVERY REQUESTS TO**
**DEFENDANT SELECTIVE INSURANCE COMPANY OF AMERICA**

Defendant AssuredPartners of Illinois, LLC ("AssuredPartners") certifies that on July 16, 2025, it served AssuredPartners' First Set of Interrogatories and First Set of Requests for Production of Documents to Defendant Selective Insurance Company of America, in pdf and Word format, via electronic mail to the following counsel of record:

Richard M. Goldwasser
Andrew S. Johnson
richard.goldwasser@sfbbg.com
andrew.johnson@sfbbg.com
*Attorneys for Plaintiffs*

Michael P. Baniak
Dennis M. Dolan
Zachary G. Stillman
Baniak@litchfieldcavo.com
Dolan@litchfieldcavo.com
Stillman@litchfieldcavo.com
*Attorneys for Defendant*
*Selective Insurance Company of America*

1

Dated: July 16, 2025

Respectfully submitted,

LATHROP GPM LLP

By:   */s/ Carrie E. Josserand*
        Arielle B. McPherson (ARDC No. 6337863)
        155 North Wacker Drive, Suite 3800
        Chicago, IL 60606
        Tel. (312) 920-3300 | Fax (312) 920-3301
        arielle.mcpherson@lathropgpm.com

        Michael J. Abrams (admitted *pro hac vice*)
        Carrie E. Josserand (admitted *pro hac vice*)
        2345 Grand Blvd., Ste. 2200
        Kansas City, MO 64108
        Tel. (816) 292-2000 | Fax (816) 292-2001
        Michael.abrams@lathropgpm.com
        Carrie.josserand@lathropgpm.com

        ***Attorneys for Defendant AssuredPartners of Illinois, LLC***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 16, 2025, the foregoing Certificate of Service was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

        */s/ Carrie E. Josserand*
        ***An Attorney for Defendant AssuredPartners of Illinois, LLC***