## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHICAGO ORNAMENTAL IRON, INC., et al., )<br> )<br>Plaintiffs, )<br> )<br>v. )<br> )<br>SELECTIVE INSURANCE COMPANY OF )<br>AMERICA, a New Jersey corporation, and )<br>ASSUREDPARTNERS OF ILLINOIS, LLC, )<br>an Illinois limited liability company, )<br> )<br>Defendants. ) | No. 1:25-cv-05131 |

**CERTIFICATE OF SERVICE OF DEFENDANT ASSUREDPARTNERS
OF ILLINOIS, LLC'S ANSWERS AND OBJECTIONS TO
PLAINTIFF CHICAGO ORNAMENTAL IRON, INC.'S
<u>FIRST SET OF INTERROGATORIES</u>**

Defendant AssuredPartners of Illinois, LLC ("AssuredPartners") certifies that on August 7, 2025, it served AssuredPartners' Objections and Answers to Plaintiff's First Set of Interrogatories to, in pdf format, via electronic mail to the following counsel of record:

Richard M. Goldwasser
Andrew S. Johnson
richard.goldwasser@sfbbg.com
andrew.johnson@sfbbg.com
*Attorneys for Plaintiffs*

Michael P. Baniak
Dennis M. Dolan
Zachary G. Stillman
Baniak@litchfieldcavo.com
Dolan@litchfieldcavo.com
Stillman@litchfieldcavo.com
*Attorneys for Defendant
Selective Insurance Company of America*

80786052.v1

2

Dated: August 7, 2025

Respectfully submitted,

LATHROP GPM LLP

By: */s/ Carrie E. Josserand*
Arielle B. McPherson (ARDC No. 6337863)
155 North Wacker Drive, Suite 3800
Chicago, IL 60606
Tel. (312) 920-3300 | Fax (312) 920-3301
arielle.mcpherson@lathropgpm.com

Michael J. Abrams (admitted *pro hac vice*)
Carrie E. Josserand (admitted *pro hac vice*)
2345 Grand Blvd., Ste. 2200
Kansas City, MO 64108
Tel. (816) 292-2000 | Fax (816) 292-2001
Michael.abrams@lathropgpm.com
Carrie.josserand@lathropgpm.com

***Attorneys for Defendant AssuredPartners of Illinois, LLC***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 7, 2025, the foregoing Certificate of Service was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Carrie E. Josserand*
***An Attorney for Defendant***
***AssuredPartners of Illinois, LLC***

80786052.v1