IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHICAGO ORNAMENTAL IRON, INC., et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) |
| SELECTIVE INSURANCE COMPANY OF AMERICA, a New Jersey corporation, and ASSUREDPARTNERS OF ILLINOIS, LLC, an Illinois limited liability company, | ) ) ) ) ) ) No. 1:25-cv-05131 |
| Defendants. | ) ) |

**CERTIFICATE OF SERVICE OF DEFENDANT ASSUREDPARTNERS OF ILLINOIS, LLC'S ANSWERS AND OBJECTIONS TO PLAINTIFF CHICAGO ORNAMENTAL IRON, INC.'S <u>FIRST SET OF INTERROGATORIES</u>**

Defendant AssuredPartners of Illinois, LLC ("AssuredPartners") certifies that on August 8, 2025, it served AssuredPartners' Objections and Answers to Plaintiff's First Set of Requests for Production of Documents to, in pdf format, via electronic mail to the following counsel of record:

Richard M. Goldwasser
Andrew S. Johnson
richard.goldwasser@sfbbg.com
andrew.johnson@sfbbg.com
*Attorneys for Plaintiffs*

Michael P. Baniak
Dennis M. Dolan
Zachary G. Stillman
Baniak@litchfieldcavo.com
Dolan@litchfieldcavo.com
Stillman@litchfieldcavo.com
*Attorneys for Defendant
Selective Insurance Company of America*

80813785.v1

Dated: August 8, 2025

Respectfully submitted,

LATHROP GPM LLP

By:   */s/ Carrie E. Josserand*
    Arielle B. McPherson (ARDC No. 6337863)
    155 North Wacker Drive, Suite 3800
    Chicago, IL 60606
    Tel. (312) 920-3300 | Fax (312) 920-3301
    arielle.mcpherson@lathropgpm.com

    Michael J. Abrams (admitted *pro hac vice*)
    Carrie E. Josserand (admitted *pro hac vice*)
    2345 Grand Blvd., Ste. 2200
    Kansas City, MO 64108
    Tel. (816) 292-2000 | Fax (816) 292-2001
    Michael.abrams@lathropgpm.com
    Carrie.josserand@lathropgpm.com

***Attorneys for Defendant AssuredPartners of Illinois, LLC***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 8, 2025, the foregoing Certificate of Service was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

    */s/ Carrie E. Josserand*
    ***An Attorney for Defendant***
    ***AssuredPartners of Illinois, LLC***