# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CHICAGO ORNAMENTAL IRON, INC., et al. ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Case No. 1:25-cv-05131 |
| ) | |
| SELECTIVE INSURANCE CO. OF AMERICA, ) | District Judge: Hon. Mary M. Rowland |
| et al. ) | |
| ) | Magistrate Judge: Hon. Young B. Kim |
| Defendants. ) | |
| ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on September 4, 2025, at 11:00 a.m., or as soon thereafter as counsel may be heard, counsel for Plaintiffs Chicago Ornamental Iron, Inc., 4340 W. 47th St. LLC, and 4340 Holdings LLC will appear before the Honorable Young B. Kim of the United States District Court for the Northern District of Illinois to present the ***Plaintiffs' Motion to Compel***.

Respectfully submitted,

**Chicago Ornamental Iron, Inc., 4340 W. 47th St. LLC, and 4340 Holdings LLC**

By:  /s/ *Richard M. Goldwasser*
One of Their Attorneys

Richard M. Goldwasser
richard.goldwasser@sfbbg.com
Andrew S. Johnson
andrew.johnson@sfbbg.com
**SCHOENBERG FINKEL BEEDERMAN BELL GLAZER LLC**
300 South Wacker, Dr. Suite 1500
Chicago, Illinois 60606
(312) 648-2300

## **CERTIFICATE OF SERVICE**

  I hereby certify that on August 27, 2025, a true and correct copy of the foregoing document has been filed electronically and served on the parties via the Court's electronic filing system or by mail to anyone unable to accept electronic filings. Parties may access this filing through the Court's CM/ECF system.

                 /s/ *Richard M. Goldwasser*
                 Richard M. Goldwasser