# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Chicago Ornamental Iron, Inc., et al.

                                       Plaintiff,

v.                                                     Case No.: 1:25−cv−05131

                                                              Honorable Mary M. Rowland

Selective Insurance Co. of America, et al.

                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 28, 2025:

        MINUTE entry before the Honorable Mary M. Rowland: This court refers the discovery supervision in this matter to the assigned magistrate judge, including the pending motion to compel. This Court strikes the status report due on 8/28/25. Status report due to this Court on 12/5/25. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.