UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Chicago Ornamental Iron, Inc., et al.
Plaintiff,

v.

Case No.: 1:25−cv−05131
Honorable Mary M. Rowland

Selective Insurance Co. of America, et al.
Defendant.

ORDER REFERRING A CIVIL CASE TO THE
DESIGNATED MAGISTRATE JUDGE

Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Young B. Kim for the purpose of holding proceedings related to: discovery supervision, including the pending motion to compel motion to compel[35]. (jg, ) Mailed notice.

Dated: August 28, 2025

/s/ Mary M. Rowland

United States District Judge