# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Chicago Ornamental Iron, Inc., et al.

                          Plaintiff,

v.                                     Case No.: 1:25−cv−05131
                                     Honorable Mary M. Rowland

Selective Insurance Co. of America, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 29, 2025:

      MINUTE entry before the Honorable Young B. Kim: Plaintiffs' motion to compel [35] is entered and continued. Appearance on September 4, 2025, is not required to present this motion. According to this three−page motion, Defendant Selective Insurance Co. of America ("Selective") failed to respond to Plaintiffs' written discovery requests by August 11, 2025. Selective is ordered to file a response not to exceed three pages by September 4, 2025. (ec, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.