# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Chicago Ornamental Iron, Inc., et al.

                                    Plaintiff,

v.

                                    Case No.: 1:25−cv−05131
                                    Honorable Mary M. Rowland

Selective Insurance Co. of America, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 26, 2025:

      MINUTE entry before the Honorable Young B. Kim: Parties' joint motion for extension of time [42] is granted to the extent that the unexpired deadlines noted in the court's June 4, 2025 order, (R. 21), are stricken. The October 24, 2025 deadline for filing a motion to compel, (R. 41), applies to all parties. (ec, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.