# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Chicago Ornamental Iron, Inc., et al.
                                      Plaintiff,

v.                                              Case No.: 1:25−cv−05131
                                              Honorable Mary M. Rowland

Selective Insurance Co. of America, et al.
                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 22, 2025:

      MINUTE entry before the Honorable Young B. Kim: Parties' joint motion for extension of time [44] is granted in part. Parties have until November 21, 2025, to file their motions to compel if issues remain after reviewing supplemental discovery responses. If motions are timely filed, the opposing side has until December 19, 2025, to file a response. This court declines to enter any other discovery deadlines at this time. Once the filing deadline expires or this court rules on motions to compel, it will enter a follow−up scheduling order for completing fact discovery. (ec, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.