# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Chicago Ornamental Iron, Inc., et al.

                    Plaintiff,

v.                                      Case No.: 1:25−cv−05131
                                              Honorable Mary M. Rowland

Selective Insurance Co. of America, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Sunday, November 16, 2025:

      MINUTE entry before the Honorable Young B. Kim: Plaintiffs' unopposed motion for extension of time [46] is granted. Parties now have until December 19, 2025, to file their motions to compel if issues remain after reviewing supplemental discovery responses. If motions are timely filed, the opposing side has until January 16, 2026, to file a response. Mailed notice(Kim, Young)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.