# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Chicago Ornamental Iron, Inc., et al.

                              Plaintiff,

v.                                                           Case No.: 1:25−cv−05131

                                                                     Honorable Mary M. Rowland

Selective Insurance Co. of America, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, December 20, 2025:

      MINUTE entry before the Honorable Young B. Kim: Plaintiffs' motion to compel [50] is entered and continued. Appearance on January 6, 2026, is not required to present this motion. Defendant is reminded that it has until January 16, 2026, to file a response to the motion. (R. 47.) Mailed notice(Kim, Young)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.