**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Chicago Ornamental Iron, Inc. et al. v. Selective Insurance Co. of America.

Case Number: 1:25-cv-05131

An appearance is hereby filed by the undersigned as attorney for:

AssuredPartners of Illinois, LLC

Attorney name (type or print): Rosalie A. Swingle

Firm: Lathrop GPM LLP

Street address: The Plaza at Clayton, 190 Carondelet Plaza, Suite 1400

City/State/Zip: Clayton, MO 63105

Bar ID Number: 6343912
(See item 3 in instructions)

Telephone Number: 314-613-2820

Email Address: rosalie.swingle@lathropgpm.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✔ |
| Are you a member of the court's general bar? | ✔ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ✔ |
| Are you appearing *pro hac vice*? | ☐ | ✔ |
| If this case reaches trial, will you act as the trial attorney? | ✔ | ☐ |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on January 7, 2026

Attorney signature: S/ Rosalie A. Swingle
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023