IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHICAGO ORNAMENTAL IRON, INC., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| SELECTIVE INSURANCE COMPANY OF ) | No. 1:25-cv-05131 |
| AMERICA, a New Jersey corporation, and ) | |
| ASSUREDPARTNERS OF ILLINOIS, LLC, ) | |
| an Illinois limited liability company, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT ASSUREDPARTNERS
OF ILLINOIS, LLC'S REQUEST TO APPEAR REMOTELY**

Defendant AssuredPartners of Illinois, LLC ("AssuredPartners") requests that the Court permit counsel to appear remotely at the upcoming January 13, 2026 status hearing. In support of this request, AssuredPartners states:

1. On December 19, 2025, the Court rescheduled this case for a status conference on January 13, 2026, to be conducted in person. [Doc. 49].

2. AssuredPartners' attorneys Michael Abrams and Carrie Josserand are located in Kansas City. Arielle Street, an associate in Lathrop GPM's Chicago office, previously served as local counsel for Mr. Abrams and Ms. Josserand. Ms. Street has recently left Lathrop GPM and is not available to appear at the upcoming conference. Rosalie Swingle of Lathrop GPM, who is admitted to this Court, has entered her appearance to serve as replacement local counsel. Ms. Swingle, however, is based in St. Louis.

81733539v1

3. To avoid the significant time and expense for counsel to travel from out of state, AssuredPartners requests that the Court permit counsel to appear at the status conference remotely. AssuredPartners makes this request in good faith and not for any undue purpose.

WHEREFORE, for good cause shown, Defendant AssuredPartners of Illinois, LLC respectfully requests permission to appear remotely at the January 13, 2026 status conference.

Dated: January 7, 2026

Respectfully submitted,

LATHROP GPM LLP

By: */s/ Carrie E. Josserand*
Rosalie A. Swingle (ARDC No. 6343912)
The Plaza at Clayton, 190 Carondelet Plaza
Suite 1400
Clayton, MO 63105
Tel. (314) 613-2820 | Fax (314) 613-2801
rosalie.swingle@lathropgpm.com

Michael J. Abrams (admitted *pro hac vice*)
Carrie E. Josserand (admitted *pro hac vice*)
2345 Grand Blvd., Ste. 2200
Kansas City, MO 64108
Tel. (816) 292-2000 | Fax (816) 292-2001
Michael.abrams@lathropgpm.com
Carrie.josserand@lathropgpm.com

*Attorneys for Defendant AssuredPartners of Illinois, LLC*

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on January 7, 2026, the foregoing Request to Appear Remotely was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                */s/ Carrie E. Josserand*
                ***An Attorney for Defendant***
                ***AssuredPartners of Illinois, LLC***