IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHICAGO ORNAMENTAL IRON, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> SELECTIVE INSURANCE COMPANY OF AMERICA, a New Jersey Corporation, and ASSUREDPARTNERS OF ILLINOIS, LLC, an Illinois Limited Liability Company, <br><br> Defendants, | Case No: 1:25-cv-5131 <br> Honorable Mary M. Rowland <br> Mag. Judge Young B. Kim |

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL
WITHIN THE SAME FIRM**

**PLEASE TAKE NOTICE** that on **January 8, 2026,** Attorney Zachary G. Stillman withdrew his appearance for Defendant SELECTIVE INSURANCE COMPANY OF AMERICA**,** and pursuant to Local Rule 83.17, Attorney Michael G. Cerota substituted his appearance for said Defendant.

                                                Respectfully Submitted,

                                                Litchfield Cavo LLP

By:     */s/ Michael G. Cerota*
           Michael G. Cerota (ARDC No. 6352659)
           Litchfield Cavo LLP
           303 W. Madison, Ste 300
           Chicago, IL 60606
           312-781-6581
           Email: cerota@litchfieldcavo.com

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that the above **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL WITHIN THE SAME FIRM**, was filed on **January 7, 2026**, with the Northern District of Illinois ECF System, serving a copy on all parties.

                                                */s/Michael G. Cerota*