# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
## Eastern Division

Chicago Ornamental Iron, Inc., et al.
                                                   Plaintiff,

v.                                                                           Case No.: 1:25−cv−05131
                                                                          Honorable Mary M. Rowland

Selective Insurance Co. of America, et al.
                                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 9, 2026:

       MINUTE entry before the Honorable Mary M. Rowland: Defendant AssuredPartner's motion [55] for leave to appear remotely at the status hearing set for 1/13/26 is granted. Parties may access Webex using the following link: https://us−courts.webex.com/join/mary_rowlandilnd. uscourts.gov. Parties that do not have access to a device with video capability may call in using the following call−in number: 650−479−3207 and the call−in ID is 1801732451. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.