# Exhibit D

| **From:** | Baniak, Michael |
|---|---|
| **To:** | Richard Goldwasser; Josserand, Carrie E.; Christopher A. Nelson; Cerota, Michael |
| **Cc:** | Abrams, Michael; Swingle, Rosalie A.; Lux, Linda |
| **Subject:** | RE: Chicago Ornamental Iron v. Selective Insurance Co. of America |
| **Date:** | Monday, February 16, 2026 3:00:14 PM |
| **Attachments:** | image009.png |
| | image011.png |
| | image012.png |
| | image013.png |
| | image014.png |
| | image015.png |
| | image016.png |
| | image017.png |
| | image018.png |
| | image019.png |

Rich:

I'll work on this and will get these documents to you ahead of the deposition if possible.

Best regards,

Mike

**Michael P. Baniak** (he/him)
Partner
Admitted in Illinois and Colorado
D 312.781.6596 | C 312.402.4591 | F 312.781.6630
Baniak@LitchfieldCavo.com



303 West Madison | Suite 300 | Chicago, IL 60606
**www.LitchfieldCavo.com**

Until further notice, we ask that all correspondence, pleadings, discovery or other documents be **sent in digital form**, via email, instead of (or in addition to) US Mail. Please understand that any documents sent to our physical offices may require additional response time.

While service and safety of our employees, clients and our legal community colleagues remain of paramount importance, under the guidance of federal, state and local officials Litchfield Cavo has transitioned a majority of our workforce to remote work arrangements.

**From:** Richard Goldwasser <Richard.Goldwasser@sfbbg.com>
**Sent:** Monday, February 16, 2026 12:30 PM
**To:** Baniak, Michael <baniak@litchfieldcavo.com>; Josserand, Carrie E. <carrie.josserand@lathropgpm.com>; Christopher A. Nelson <Christopher.Nelson@sfbbg.com>; Cerota, Michael <cerota@litchfieldcavo.com>
**Cc:** Abrams, Michael <michael.abrams@lathropgpm.com>; Swingle, Rosalie A. <rosalie.swingle@lathropgpm.com>; Lux, Linda <lux@litchfieldcavo.com>
**Subject:** RE: Chicago Ornamental Iron v. Selective Insurance Co. of America

**Caution:** External Email Warning - This email originated outside the firm. Please do not click links or open attachments unless you were expecting this communication. Contact Help Desk with questions - HelpDesk@LitchfieldCavo.com or 312.781.6666.

Thanks, Mike.

It looks like there are several attachments to emails that were not included in your production.

For tomorrow's dep, we'd like to get the attachments referenced in your production SELECTIVE 001078-82, 00051, 001399.

Thanks,
Rich



**Richard Goldwasser** | **Partner**
**Schoenberg Finkel Beederman Bell Glazer LLC**
300 S. Wacker Drive, 15th Floor | Chicago, Illinois 60606
📞312-648-2300
🌐 in **FORWARD THINKING** | **STRATEGIC COUNSEL**

Learn about the Fine Print on Employee Compensation Documents

SFBBG Litigation Practice Recognized by Chambers Spotlight Ranking for Illinois

*This transmission (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§2510-2521, and may be confidential and legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. Please reply to the sender that you have received the message in error, then delete it. Thank you.*



Chambers SPOTLIGHT IL 2026
Schoenberg Finkel Beederman Bell Glazer LLC

Leading Lawyers RICHARD M. GOLDWASSER PEER SELECTED 2025



**From:** Baniak, Michael <baniak@litchfieldcavo.com>
**Sent:** Monday, February 16, 2026 11:33 AM
**To:** Richard Goldwasser <Richard.Goldwasser@sfbbg.com>; Josserand, Carrie E. <carrie.josserand@lathropgpm.com>; Christopher A. Nelson <Christopher.Nelson@sfbbg.com>; Cerota, Michael <cerota@litchfieldcavo.com>
**Cc:** Abrams, Michael <michael.abrams@lathropgpm.com>; Swingle, Rosalie A. <rosalie.swingle@lathropgpm.com>; Lux, Linda <lux@litchfieldcavo.com>

**Subject:** RE: Chicago Ornamental Iron v. Selective Insurance Co. of America

For Selective: Ron Rudow and me.

**Michael P. Baniak** (he/him)
Partner
Admitted in Illinois and Colorado
D 312.781.6596 | C 312.402.4591 | F 312.781.6630
Baniak@LitchfieldCavo.com



303 West Madison | Suite 300 | Chicago, IL 60606
**www.LitchfieldCavo.com**

Until further notice, we ask that all correspondence, pleadings, discovery or other documents be **sent in digital form**, via email, instead of (or in addition to) US Mail. Please understand that any documents sent to our physical offices may require additional response time.

While service and safety of our employees, clients and our legal community colleagues remain of paramount importance, under the guidance of federal, state and local officials Litchfield Cavo has transitioned a majority of our workforce to remote work arrangements.

---

**From:** Richard Goldwasser <Richard.Goldwasser@sfbbg.com>
**Sent:** Monday, February 16, 2026 9:38 AM
**To:** Josserand, Carrie E. <carrie.josserand@lathropgpm.com>; Baniak, Michael <baniak@litchfieldcavo.com>; Christopher A. Nelson <Christopher.Nelson@sfbbg.com>; Cerota, Michael <cerota@litchfieldcavo.com>
**Cc:** Abrams, Michael <michael.abrams@lathropgpm.com>; Swingle, Rosalie A. <rosalie.swingle@lathropgpm.com>; Lux, Linda <lux@litchfieldcavo.com>
**Subject:** RE: Chicago Ornamental Iron v. Selective Insurance Co. of America

> **Caution:** External Email Warning - This email originated outside the firm. Please do not click links or open attachments unless you were expecting this communication. Contact Help Desk with questions - HelpDesk@LitchfieldCavo.com or 312.781.6666.

Good morning, please let me know who will be attending tomorrow's deposition so we can clear everyone with security.

Thanks,
Rich

**Richard Goldwasser | Partner**
**Schoenberg Finkel Beederman Bell Glazer LLC**
300 S. Wacker Drive, 15th Floor | Chicago, Illinois 60606



📞312-648-2300

🌐 in **FORWARD THINKING | STRATEGIC COUNSEL**



Learn about the Fine Print on Employee Compensation Documents

SFBBG Litigation Practice Recognized by Chambers Spotlight Ranking for Illinois

*This transmission (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§2510-2521, and may be confidential and legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. Please reply to the sender that you have received the message in error, then delete it. Thank you.*



Schoenberg Finkel Beederman Bell Glazer LLC

---

**From:** Richard Goldwasser
**Sent:** Thursday, February 12, 2026 9:48 AM
**To:** 'Josserand, Carrie E.' <carrie.josserand@lathropgpm.com>; Baniak, Michael <baniak@litchfieldcavo.com>; Andrew Johnson <Andrew.Johnson@sfbbg.com>; Christopher A. Nelson <Christopher.Nelson@sfbbg.com>; Cerota, Michael <cerota@litchfieldcavo.com>
**Cc:** Abrams, Michael <michael.abrams@lathropgpm.com>; Swingle, Rosalie A. <rosalie.swingle@lathropgpm.com>; Lux, Linda <lux@litchfieldcavo.com>
**Subject:** RE: Chicago Ornamental Iron v. Selective Insurance Co. of America

I missed it below- but the deps for Assured witnesses will proceed in person at our office.



**Richard Goldwasser** | **Partner**
**Schoenberg Finkel Beederman Bell Glazer LLC**
300 S. Wacker Drive, 15th Floor | Chicago, Illinois 60606
📞312-648-2300

🌐 in **FORWARD THINKING | STRATEGIC COUNSEL**

Learn about the Fine Print on Employee Compensation Documents

SFBBG Litigation Practice Recognized by Chambers Spotlight Ranking for Illinois

*This transmission (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§2510-2521, and may be confidential and legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. Please reply to the sender that you have received the message in error, then delete it. Thank you.*



**From:** Josserand, Carrie E. <carrie.josserand@lathropgpm.com>
**Sent:** Thursday, February 12, 2026 9:43 AM
**To:** Baniak, Michael <baniak@litchfieldcavo.com>; Richard Goldwasser <Richard.Goldwasser@sfbbg.com>; Andrew Johnson <Andrew.Johnson@sfbbg.com>; Christopher A. Nelson <Christopher.Nelson@sfbbg.com>; Cerota, Michael <cerota@litchfieldcavo.com>
**Cc:** Abrams, Michael <michael.abrams@lathropgpm.com>; Swingle, Rosalie A. <rosalie.swingle@lathropgpm.com>; Lux, Linda <lux@litchfieldcavo.com>
**Subject:** Re: Chicago Ornamental Iron v. Selective Insurance Co. of America

Those times work for us. Rich, please send info for the remote depo when you get it.

I believe Rich wants to take the AP witnesses at his office. We will schedule the plaintiffs witness at our Chicago office. I will send out those notices soon.

Thanks, everyone.

**Carrie E. Josserand**

Counsel

Lathrop GPM LLP
2345 Grand Blvd., Suite 2200
Kansas City, MO 64108-2618
Direct: 913.451.5135
Mobile: 913.221.5982
carrie.josserand@lathropgpm.com
lathropgpm.com

---

**From:** Baniak, Michael <baniak@litchfieldcavo.com>
**Sent:** Thursday, February 12, 2026 8:46:35 AM
**To:** Richard Goldwasser <Richard.Goldwasser@sfbbg.com>; Josserand, Carrie E. <carrie.josserand@lathropgpm.com>; Andrew Johnson <Andrew.Johnson@sfbbg.com>; Christopher A. Nelson <Christopher.Nelson@sfbbg.com>; Cerota, Michael <cerota@litchfieldcavo.com>
**Cc:** Abrams, Michael <michael.abrams@lathropgpm.com>; Swingle, Rosalie A. <rosalie.swingle@lathropgpm.com>; Lux, Linda <lux@litchfieldcavo.com>
**Subject:** RE: Chicago Ornamental Iron v. Selective Insurance Co. of America

**CAUTION:** This email baniak@litchfieldcavo.com <baniak@litchfieldcavo.com> originated from outside of the organization. Do not click links, open attachments or reply, unless you recognize the sender's email address and know the content is safe.

I'll confirm with him, but it shouldn't be an issue. Assume 9:30 start time for him unless you hear otherwise from me.

**Michael P. Baniak** (he/him)
Partner
Admitted in Illinois and Colorado
D 312.781.6596 | C 312.402.4591 | F 312.781.6630
Baniak@LitchfieldCavo.com



303 West Madison | Suite 300 | Chicago, IL 60606
**www.LitchfieldCavo.com**

Until further notice, we ask that all correspondence, pleadings, discovery or other documents be **sent in digital form**, via email, instead of (or in addition to) US Mail. Please understand that any documents sent to our physical offices may require additional response time.

While service and safety of our employees, clients and our legal community colleagues remain of paramount importance, under the guidance of federal, state and local officials Litchfield Cavo has transitioned a majority of our workforce to remote work arrangements.

**From:** Richard Goldwasser <Richard.Goldwasser@sfbbg.com>
**Sent:** Thursday, February 12, 2026 8:45 AM
**To:** Baniak, Michael <baniak@litchfieldcavo.com>; Josserand, Carrie E. <carrie.josserand@lathropgpm.com>; Andrew Johnson <Andrew.Johnson@sfbbg.com>; Christopher A. Nelson <Christopher.Nelson@sfbbg.com>; Cerota, Michael <cerota@litchfieldcavo.com>
**Cc:** Abrams, Michael <michael.abrams@lathropgpm.com>; Swingle, Rosalie A. <rosalie.swingle@lathropgpm.com>; Lux, Linda <lux@litchfieldcavo.com>
**Subject:** RE: Chicago Ornamental Iron v. Selective Insurance Co. of America

**Caution:** External Email Warning - This email originated outside the firm. Please do not click links or open attachments unless you were expecting this communication. Contact Help Desk with questions - HelpDesk@LitchfieldCavo.com or 312.781.6666.

This looks right but I'd like to start Walton's at 9:30 a.m. Let me know if that's an issue.

Thanks,
Rich



**Richard Goldwasser** | **Partner**
**Schoenberg Finkel Beederman Bell Glazer LLC**
300 S. Wacker Drive, 15th Floor | Chicago, Illinois 60606
📞312-648-2300
 **FORWARD THINKING | STRATEGIC COUNSEL**

| | |
|---|---|
| Learn about the Fine Print on Employee Compensation Documents | SFBBG Litigation Practice Recognized by Chambers Spotlight Ranking for Illinois |

*This transmission (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§2510-2521, and may be confidential and legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. Please reply to the sender that you have received the message in error, then delete it. Thank you.*



---

**From:** Baniak, Michael <baniak@litchfieldcavo.com>
**Sent:** Thursday, February 12, 2026 8:42 AM
**To:** Josserand, Carrie E. <carrie.josserand@lathropgpm.com>; Richard Goldwasser <Richard.Goldwasser@sfbbg.com>; Andrew Johnson <Andrew.Johnson@sfbbg.com>; Christopher A. Nelson <Christopher.Nelson@sfbbg.com>; Cerota, Michael <cerota@litchfieldcavo.com>
**Cc:** Abrams, Michael <michael.abrams@lathropgpm.com>; Swingle, Rosalie A. <rosalie.swingle@lathropgpm.com>; Lux, Linda <lux@litchfieldcavo.com>
**Subject:** RE: Chicago Ornamental Iron v. Selective Insurance Co. of America

Good morning, everyone. I want to confirm that we're on the same page with our deposition schedule. I think we need to confirm times for all of these depositions as well. Here's what I have. Please correct me if any of this is wrong:

February 17: Ron Rudow, in-person at Rich's office, start time 9:30 a.m. (proposed)
February 19: Carl Walton, remote, start time at 9 a.m. (proposed)
February 24: Assured witnesses, in-person at Lathrop's office, Praxmarer at 9:30 a.m.; Wadley at 1:30 p.m.
March 9: Jon Samek, in-person at Rich's office, start time TBD
March 10: Munish Mehta, in-person at Rich's office, start time TBD

Best regards,

Mike


**Michael P. Baniak** (he/him)
Partner
Admitted in Illinois and Colorado
D 312.781.6596 | C 312.402.4591 | F 312.781.6630
Baniak@LitchfieldCavo.com



303 West Madison | Suite 300 | Chicago, IL 60606
**www.LitchfieldCavo.com**


Until further notice, we ask that all correspondence, pleadings, discovery or other documents be **sent in digital form**, via email, instead of (or in addition to) US Mail. Please understand that any documents sent to our physical offices may require additional response time.

While service and safety of our employees, clients and our legal community colleagues remain of paramount importance, under the guidance of federal, state and local officials Litchfield Cavo has transitioned a majority of our workforce to remote work arrangements.

---

**From:** Josserand, Carrie E. <carrie.josserand@lathropgpm.com>
**Sent:** Tuesday, February 3, 2026 3:27 PM
**To:** Richard Goldwasser <Richard.Goldwasser@sfbbg.com>; Baniak, Michael <baniak@litchfieldcavo.com>; Andrew Johnson <Andrew.Johnson@sfbbg.com>; Christopher A. Nelson <Christopher.Nelson@sfbbg.com>; Cerota, Michael <cerota@litchfieldcavo.com>
**Cc:** Abrams, Michael <michael.abrams@lathropgpm.com>; Swingle, Rosalie A. <rosalie.swingle@lathropgpm.com>
**Subject:** RE: Chicago Ornamental Iron v. Selective Insurance Co. of America

**Caution:** External Email Warning - This email originated outside the firm. Please do not click links or open attachments unless you were expecting this communication. Contact Help Desk with questions - HelpDesk@LitchfieldCavo.com or 312.781.6666.


Richard,

On the Assured deps, let's do the same times on the 24th that you set for the 23rd. Please update the notice to reflect that we will be producing the witnesses at LathropGPM's Chicago office.

**Carrie E. Josserand**

Counsel

Lathrop GPM LLP
2345 Grand Blvd., Suite 2200
Kansas City, MO 64108-2618
Direct: 913.451.5135
Mobile: 913.221.5982
carrie.josserand@lathropgpm.com

[lathropgpm.com](lathropgpm.com)

**From:** Richard Goldwasser <[Richard.Goldwasser@sfbbg.com](Richard.Goldwasser@sfbbg.com)>
**Sent:** Tuesday, February 3, 2026 3:08 PM
**To:** Baniak, Michael <[baniak@litchfieldcavo.com](baniak@litchfieldcavo.com)>; Josserand, Carrie E.
<[carrie.josserand@lathropgpm.com](carrie.josserand@lathropgpm.com)>; Andrew Johnson <[Andrew.Johnson@sfbbg.com](Andrew.Johnson@sfbbg.com)>; Christopher
A. Nelson <[Christopher.Nelson@sfbbg.com](Christopher.Nelson@sfbbg.com)>; Cerota, Michael <[cerota@litchfieldcavo.com](cerota@litchfieldcavo.com)>
**Cc:** Abrams, Michael <[michael.abrams@lathropgpm.com](michael.abrams@lathropgpm.com)>; Swingle, Rosalie A.
<[rosalie.swingle@lathropgpm.com](rosalie.swingle@lathropgpm.com)>
**Subject:** RE: Chicago Ornamental Iron v. Selective Insurance Co. of America

> **CAUTION:** This email richard.goldwasser@sfbbg.com <richard.goldwasser@sfbbg.com> originated from outside of the organization. Do not click links, open attachments or reply, unless you recognize the sender's email address and know the content is safe.

Mike, we'd be willing to push the deps to Feb. 17 and 19 if you can commit to Feb. 24 for the Assured deps.

Rich



**Richard Goldwasser** | **Partner**
**Schoenberg Finkel Beederman Bell Glazer LLC**
300 S. Wacker Drive, 15th Floor | Chicago, Illinois 60606
📞312-648-2300
🌐 in **FORWARD THINKING** | **STRATEGIC COUNSEL**



| Learn about the Fine Print on Employee Compensation Documents | SFBBG Litigation Practice Recognized by Chambers Spotlight Ranking for Illinois |

*This transmission (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§2510-2521, and may be confidential and legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. Please reply to the sender that you have received the message in error, then delete it. Thank you.*



**From:** Baniak, Michael <[baniak@litchfieldcavo.com](baniak@litchfieldcavo.com)>
**Sent:** Tuesday, February 3, 2026 11:22 AM

**To:** Richard Goldwasser <Richard.Goldwasser@sfbbg.com>; Josserand, Carrie E. <carrie.josserand@lathropgpm.com>; Andrew Johnson <Andrew.Johnson@sfbbg.com>; Christopher A. Nelson <Christopher.Nelson@sfbbg.com>; Cerota, Michael <cerota@litchfieldcavo.com>
**Cc:** Abrams, Michael <michael.abrams@lathropgpm.com>; Swingle, Rosalie A. <rosalie.swingle@lathropgpm.com>
**Subject:** RE: Chicago Ornamental Iron v. Selective Insurance Co. of America

All:

This addresses a few issues with upcoming depositions.

Rich – I tried to call your office several times earlier today, but it appears that your receptionist cannot hear what people are saying on the phone. Just an FYI there.

- I'm hoping we can move the depositions of the Selective witnesses back into the following week for a couple of reasons: (1) I have to cover an arbitration hearing on Tuesday thanks to a departing partner and; (2) the deposition of Carl Walton was noticed for an in-person deposition in Chicago, but I previously advised that Carl lives in Maryland. That deposition will need to be done remotely as I think it would make little sense for all of us to travel to Maryland for it.
- To that end, Ron can be available on 2/17-20. Carl can be available all week, provided it's remote.
- I am not available on 2/23. Do you have any alternative dates?

Best regards,
Mike

**Michael P. Baniak** (he/him)
Partner
Admitted in Illinois and Colorado
D 312.781.6596 | C 312.402.4591 | F 312.781.6630
Baniak@LitchfieldCavo.com



303 West Madison | Suite 300 | Chicago, IL 60606
**www.LitchfieldCavo.com**

Until further notice, we ask that all correspondence, pleadings, discovery or other documents be **sent in digital form**, via email, instead of (or in addition to) US Mail. Please understand that any documents sent to our physical offices may require additional response time.

While service and safety of our employees, clients and our legal community colleagues remain of paramount importance, under the guidance of federal, state and local officials Litchfield Cavo has transitioned a majority of our workforce to remote work arrangements.

**From:** Richard Goldwasser <Richard.Goldwasser@sfbbg.com>
**Sent:** Monday, January 12, 2026 4:33 PM
**To:** Josserand, Carrie E. <carrie.josserand@lathropgpm.com>; Baniak, Michael <baniak@litchfieldcavo.com>; Andrew Johnson <Andrew.Johnson@sfbbg.com>; Christopher A. Nelson <Christopher.Nelson@sfbbg.com>; Cerota, Michael <cerota@litchfieldcavo.com>
**Cc:** Abrams, Michael <michael.abrams@lathropgpm.com>; Swingle, Rosalie A. <rosalie.swingle@lathropgpm.com>
**Subject:** RE: Chicago Ornamental Iron v. Selective Insurance Co. of America

**Caution:** External Email Warning - This email originated outside the firm. Please do not click links or open attachments unless you were expecting this communication. Contact Help Desk with questions - HelpDesk@LitchfieldCavo.com or 312.781.6666.

So, let's set Feb. 9 (Walton) and 10 (for Rudow).

Please confirm.

Thanks,
Rich



**Richard Goldwasser** | **Partner**
**Schoenberg Finkel Beederman Bell Glazer LLC**
300 S. Wacker Drive, 15th Floor | Chicago, Illinois 60606
📞312-648-2300
 **FORWARD THINKING | STRATEGIC COUNSEL**

Learn about the Fine Print on Employee Compensation Documents

SFBBG Litigation Practice Recognized by Chambers Spotlight Ranking for Illinois

*This transmission (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§2510-2521, and may be confidential and legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. Please reply to the sender that you have received the message in error, then delete it. Thank you.*



Schoenberg Finkel Beederman Bell Glazer LLC

**From:** Josserand, Carrie E. <carrie.josserand@lathropgpm.com>
**Sent:** Monday, January 12, 2026 3:59 PM
**To:** Richard Goldwasser <Richard.Goldwasser@sfbbg.com>; Baniak, Michael <baniak@litchfieldcavo.com>; Andrew Johnson <Andrew.Johnson@sfbbg.com>; Christopher A. Nelson <Christopher.Nelson@sfbbg.com>; Cerota, Michael <cerota@litchfieldcavo.com>
**Cc:** Abrams, Michael <michael.abrams@lathropgpm.com>; Swingle, Rosalie A. <rosalie.swingle@lathropgpm.com>
**Subject:** RE: Chicago Ornamental Iron v. Selective Insurance Co. of America

Richard,

As I mentioned in our conversation and in my email from last week, I am available the 9th and 10th, but not the remainder of that week.

I can be available the 17th-19th and also the last week.  If those weeks work for you, I can see if they work for our my witnesses.

**Carrie E. Josserand**

Counsel

Lathrop GPM LLP
2345 Grand Blvd., Suite 2200
Kansas City, MO 64108-2618
Direct: 913.451.5135
Mobile: 913.221.5982
carrie.josserand@lathropgpm.com
lathropgpm.com

**From:** Richard Goldwasser <Richard.Goldwasser@sfbbg.com>
**Sent:** Monday, January 12, 2026 3:42 PM
**To:** Baniak, Michael <baniak@litchfieldcavo.com>; Josserand, Carrie E. <carrie.josserand@lathropgpm.com>; Andrew Johnson <Andrew.Johnson@sfbbg.com>; Christopher A. Nelson <Christopher.Nelson@sfbbg.com>; Cerota, Michael <cerota@litchfieldcavo.com>
**Cc:** Abrams, Michael <michael.abrams@lathropgpm.com>; Swingle, Rosalie A. <rosalie.swingle@lathropgpm.com>
**Subject:** RE: Chicago Ornamental Iron v. Selective Insurance Co. of America

**CAUTION:** This email richard.goldwasser@sfbbg.com <richard.goldwasser@sfbbg.com> originated from outside of the organization. Do not click links, open attachments or reply, unless you recognize the sender's email address and know the content is safe.

Mike, let's lock in Feb. 10 for Rudow and Feb. 11 Walton.

Carrie, are your witnesses available Feb. 12 or 13?

Rich



**Richard Goldwasser** | **Partner**
**Schoenberg Finkel Beederman Bell Glazer LLC**
300 S. Wacker Drive, 15th Floor | Chicago, Illinois 60606
📞312-648-2300

 🌐 in **FORWARD THINKING | STRATEGIC COUNSEL**

| Learn about the Fine Print on Employee Compensation Documents | SFBBG Litigation Practice Recognized by Chambers Spotlight Ranking for Illinois |

*This transmission (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§2510-2521, and may be confidential and legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. Please reply to the sender that you have received the message in error, then delete it. Thank you.*



**From:** Baniak, Michael <baniak@litchfieldcavo.com>
**Sent:** Monday, January 12, 2026 3:36 PM
**To:** Richard Goldwasser <Richard.Goldwasser@sfbbg.com>; Josserand, Carrie E. <carrie.josserand@lathropgpm.com>; Andrew Johnson <Andrew.Johnson@sfbbg.com>; Christopher A. Nelson <Christopher.Nelson@sfbbg.com>; Cerota, Michael <cerota@litchfieldcavo.com>
**Cc:** Abrams, Michael <michael.abrams@lathropgpm.com>; Swingle, Rosalie A. <rosalie.swingle@lathropgpm.com>
**Subject:** RE: Chicago Ornamental Iron v. Selective Insurance Co. of America

All:

With respect to the Selective witnesses, I have the following information.

Mr. Rudow is not available the first week of February. He is, however, available February 10 and 11, as well as February 17-19. He's in Chicagoland, so travel is not an issue for him.

Mr. Walton is generally available the last three weeks of February, but not the first week. He is

located in Maryland, so he will not be traveling in to Chicago for his deposition. I suggest we take his deposition remotely.

Please let me know if we can book dates for these two ahead of the hearing tomorrow. That said, I think we can still advise the court that we will have firm dates for several witnesses in early February.

Rich, please advise about Mr. Samek's availability for deposition in February as well. We'll send out a notice when we have an agreed date.


Best regards,
Mike


**Michael P. Baniak** (he/him)
*Partner*
Admitted in Illinois and Colorado
D 312.781.6596 | C 312.402.4591 | F 312.781.6630
Baniak@LitchfieldCavo.com



303 West Madison | Suite 300 | Chicago, IL 60606
**www.LitchfieldCavo.com**


Until further notice, we ask that all correspondence, pleadings, discovery or other documents be **sent in digital form**, via email, instead of (or in addition to) US Mail. Please understand that any documents sent to our physical offices may require additional response time.

While service and safety of our employees, clients and our legal community colleagues remain of paramount importance, under the guidance of federal, state and local officials Litchfield Cavo has transitioned a majority of our workforce to remote work arrangements.

---

**From:** Richard Goldwasser <Richard.Goldwasser@sfbbg.com>
**Sent:** Monday, January 12, 2026 11:20 AM
**To:** Josserand, Carrie E. <carrie.josserand@lathropgpm.com>; Andrew Johnson <Andrew.Johnson@sfbbg.com>; Christopher A. Nelson <Christopher.Nelson@sfbbg.com>; Baniak, Michael <baniak@litchfieldcavo.com>; Stillman, Zachary <stillman@litchfieldcavo.com>
**Cc:** Abrams, Michael <michael.abrams@lathropgpm.com>; Swingle, Rosalie A. <rosalie.swingle@lathropgpm.com>
**Subject:** RE: Chicago Ornamental Iron v. Selective Insurance Co. of America

**Caution:** External Email Warning - This email originated outside the firm. Please do not click links or open attachments unless you were expecting this communication. Contact Help Desk with questions - HelpDesk@LitchfieldCavo.com or 312.781.6666.

Please confirm these deposition dates: Walton on Feb. 4, Rudow on Feb. 5, and Praxmarer and Matthew Wadley on Feb. 6.

I'd like to be able to advise the court tomorrow that we have these deps set.

Thanks,
Rich



**Richard Goldwasser** | **Partner**
**Schoenberg Finkel Beederman Bell Glazer LLC**
300 S. Wacker Drive, 15th Floor | Chicago, Illinois 60606
📞312-648-2300
 🌐 in **FORWARD THINKING** | **STRATEGIC COUNSEL**

Learn about the Fine Print on Employee Compensation Documents

SFBBG Litigation Practice Recognized by Chambers Spotlight Ranking for Illinois

*This transmission (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§2510-2521, and may be confidential and legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. Please reply to the sender that you have received the message in error, then delete it. Thank you.*



Schoenberg Finkel Beederman Bell Glazer LLC

---

**From:** Richard Goldwasser
**Sent:** Wednesday, January 7, 2026 5:02 PM
**To:** Josserand, Carrie E. <carrie.josserand@lathropgpm.com>; Andrew Johnson <Andrew.Johnson@sfbbg.com>; Christopher A. Nelson <Christopher.Nelson@sfbbg.com>; baniak_litchfieldcavo.com <baniak@litchfieldcavo.com>; Stillman, Zachary <stillman@litchfieldcavo.com>
**Cc:** Abrams, Michael <michael.abrams@lathropgpm.com>; Swingle, Rosalie A. <rosalie.swingle@lathropgpm.com>
**Subject:** RE: Chicago Ornamental Iron v. Selective Insurance Co. of America

Counsel, please advise whether Feb. 4, 5, and 6 at 9:30 a.m. at my office works.

We'd plan on Walton on Feb. 4, Rudow on Feb. 5, and Praxmarer and Matthew Wadley on Feb. 6.

Rich



**Richard Goldwasser** | **Partner**
**Schoenberg Finkel Beederman Bell Glazer LLC**
300 S. Wacker Drive, 15th Floor | Chicago, Illinois 60606
📞312-648-2300
🌐 in **FORWARD THINKING | STRATEGIC COUNSEL**

Learn about the Fine Print on Employee Compensation Documents

SFBBG Litigation Practice Recognized by Chambers Spotlight Ranking for Illinois

*This transmission (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§2510-2521, and may be confidential and legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. Please reply to the sender that you have received the message in error, then delete it. Thank you.*



---

**From:** Josserand, Carrie E. <carrie.josserand@lathropgpm.com>
**Sent:** Wednesday, January 7, 2026 4:34 PM
**To:** Richard Goldwasser <Richard.Goldwasser@sfbbg.com>; Andrew Johnson <Andrew.Johnson@sfbbg.com>; Christopher A. Nelson <Christopher.Nelson@sfbbg.com>; baniak_litchfieldcavo.com <baniak@litchfieldcavo.com>; Stillman, Zachary <stillman@litchfieldcavo.com>
**Cc:** Abrams, Michael <michael.abrams@lathropgpm.com>; Swingle, Rosalie A. <rosalie.swingle@lathropgpm.com>
**Subject:** Chicago Ornamental Iron v. Selective Insurance Co. of America

Counsel:

As Richard and I discussed today, we (AssuredPartners counsel) did not receive an updated notice of deposition for the Selective witnesses Carl Walton and Ron Rudow until this afternoon, and the dates no longer work for us. Unfortunately, we will need to reschedule.

Richard and I compared calendars, and we would propose that we reschedule the Walton and Rudow depositions during the first two weeks of February. I can be available **February 2-6 or February 9-10**. To cut down on travel, we would prefer to schedule back-to-back dates if we can.

On a housekeeping note, Arielle Street from our Chicago office, who served as our local counsel, has left our firm.  As you probably saw, Rosalie Swingle has entered her appearance in this case and will be stepping in as our local counsel.  Please update your pleadings and contacts to remove Arielle and include Rosalie.

Thank you.



**Carrie E. Josserand**

Counsel

Lathrop GPM LLP
2345 Grand Blvd., Suite 2200
Kansas City, MO 64108-2618
Direct: 913.451.5135
Mobile: 913.221.5982
carrie.josserand@lathropgpm.com
lathropgpm.com

This e-mail (including any attachments) may contain material that (1) is confidential and for the sole use of the intended recipient, and (2) may be protected by the attorney-client privilege, attorney work product doctrine or other legal rules. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

PRIVILEGE AND CONFIDENTIALITY NOTICE The information contained in this email and any attachments may be legally privileged and confidential. If you are not an intended recipient, you are hereby notified that any dissemination, distribution or copying of this email is strictly prohibited. If you have received this email in error, please notify the sender and permanently delete the email and any attachments immediately. You should not retain, copy or use this email or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Thank you.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly

prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

PRIVILEGE AND CONFIDENTIALITY NOTICE The information contained in this email and any attachments may be legally privileged and confidential. If you are not an intended recipient, you are hereby notified that any dissemination, distribution or copying of this email is strictly prohibited. If you have received this email in error, please notify the sender and permanently delete the email and any attachments immediately. You should not retain, copy or use this email or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Thank you.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

PRIVILEGE AND CONFIDENTIALITY NOTICE The information contained in this email and any attachments may be legally privileged and confidential. If you are not an intended recipient, you are hereby notified that any dissemination, distribution or copying of this email is strictly prohibited. If you have received this email in error, please notify the sender and permanently delete the email and any attachments immediately. You should not retain, copy or use this email or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Thank you.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

PRIVILEGE AND CONFIDENTIALITY NOTICE The information contained in this email and any attachments may be legally privileged and confidential. If you are not an intended recipient, you are hereby notified that any dissemination, distribution or copying of this email is strictly prohibited. If you have received this email in error, please notify the sender and permanently delete the email and any attachments immediately. You should not retain, copy or use this email or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Thank you.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

PRIVILEGE AND CONFIDENTIALITY NOTICE The information contained in this email and any attachments may be legally privileged and confidential. If you are not an intended recipient, you are hereby notified that any dissemination, distribution or copying of this email is strictly prohibited. If you have received this email in error, please notify the sender and permanently delete the email and any attachments immediately. You should not retain, copy or use this email or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Thank you.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and

to lead the movement toward building a more resilient world. To find out more, visit our website.

PRIVILEGE AND CONFIDENTIALITY NOTICE The information contained in this email and any attachments may be legally privileged and confidential. If you are not an intended recipient, you are hereby notified that any dissemination, distribution or copying of this email is strictly prohibited. If you have received this email in error, please notify the sender and permanently delete the email and any attachments immediately. You should not retain, copy or use this email or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Thank you.