# Exhibit E

**From:** Baniak, Michael
**To:** Richard Goldwasser; Abrams, Michael; Christopher A. Nelson
**Cc:** Cerota, Michael; Josserand, Carrie E.; Andrew Johnson; Gabriela S. Fernandez
**Subject:** RE: 2025CV-05131: Chicago Ornamental Iron, Inc., et al. v. Selective Insurance Co. of America
**Date:** Thursday, April 2, 2026 7:43:20 PM
**Attachments:** image012.png
image013.png
image014.png
image015.png
image016.png
image017.png
image018.png
image019.png
image020.png
image021.png
image022.png
image023.png

---

Rich:

In light of the holiday weekend, would it be acceptable if we got you the response to your deficiency letter along with corporate rep info on Monday instead of tomorrow? I'm still waiting for some additional information from the client. It'll still be ahead of our hearing on Tuesday.

Thank you,

Mike

**Michael P. Baniak** (he/him)
Partner
Admitted in Illinois and Colorado
D 312.781.6596 | C 312.402.4591 | F 312.781.6630
Baniak@LitchfieldCavo.com



303 West Madison | Suite 300 | Chicago, IL 60606
**www.LitchfieldCavo.com**

Until further notice, we ask that all correspondence, pleadings, discovery or other documents be **sent in digital form**, via email, instead of (or in addition to) US Mail. Please understand that any documents sent to our physical offices may require additional response time.

While service and safety of our employees, clients and our legal community colleagues remain of paramount importance, under the guidance of federal, state and local officials Litchfield Cavo has transitioned a majority of our workforce to remote work arrangements.

---

**From:** Richard Goldwasser <Richard.Goldwasser@sfbbg.com>
**Sent:** Tuesday, March 31, 2026 6:14 PM
**To:** Abrams, Michael <michael.abrams@lathropgpm.com>; Christopher A. Nelson <Christopher.Nelson@sfbbg.com>; Baniak, Michael <baniak@litchfieldcavo.com>
**Cc:** Cerota, Michael <cerota@litchfieldcavo.com>; Josserand, Carrie E. <carrie.josserand@lathropgpm.com>; Andrew Johnson <Andrew.Johnson@sfbbg.com>; Gabriela S. Fernandez <Gabriela.Fernandez@sfbbg.com>
**Subject:** RE: 2025CV-05131: Chicago Ornamental Iron, Inc., et al. v. Selective Insurance Co. of America

**Caution:** External Email Warning - This email originated outside the firm. Please do not click links or open attachments unless you were expecting this communication. Contact Help Desk with questions - HelpDesk@LitchfieldCavo.com or 312.781.6666.

Yes. Confirmed.

Selective, where are you guys your corporate rep?

Rich



**Richard Goldwasser** | **Partner**
**Schoenberg Finkel Beederman Bell Glazer LLC**
300 S. Wacker Drive, 15th Floor | Chicago, Illinois 60606
312-648-2300
🌐 in **FORWARD THINKING | STRATEGIC COUNSEL**

Learn about the Fine Print on Employee Compensation Documents

SFBBG Litigation Practice Recognized by Chambers Spotlight Ranking for Illinois

*This transmission (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§2510-2521, and may be confidential and legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. Please reply to the sender that you have received the message in error, then delete it. Thank you.*



**From:** Abrams, Michael <michael.abrams@lathropgpm.com>
**Sent:** Tuesday, March 31, 2026 6:07 PM
**To:** Richard Goldwasser <Richard.Goldwasser@sfbbg.com>; Christopher A. Nelson <Christopher.Nelson@sfbbg.com>; Michael Baniak <baniak@litchfieldcavo.com>
**Cc:** Michael Cerota <cerota@litchfieldcavo.com>; Josserand, Carrie E. <carrie.josserand@lathropgpm.com>; Andrew Johnson <Andrew.Johnson@sfbbg.com>; Gabriela S. Fernandez <Gabriela.Fernandez@sfbbg.com>
**Subject:** RE: 2025CV-05131: Chicago Ornamental Iron, Inc., et al. v. Selective Insurance Co. of America

Please let me know if you want to confirm those depositions for 4/15.



**Michael Abrams**

Partner

Lathrop GPM LLP
2345 Grand Blvd., Suite 2200
Kansas City, MO 64108-2618
Direct: 816.460.5530
Mobile: 816.582.3519
michael.abrams@lathropgpm.com
lathropgpm.com

This e-mail (including any attachments) may contain material that (1) is confidential and for the sole use of the intended recipient, and (2) may be protected by the attorney-client privilege, attorney work product doctrine or other legal rules. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

**From:** Abrams, Michael <michael.abrams@lathropgpm.com>
**Sent:** Monday, March 30, 2026 3:04 PM
**To:** Richard Goldwasser <Richard.Goldwasser@sfbbg.com>; Christopher A. Nelson <Christopher.Nelson@sfbbg.com>; Michael Baniak <baniak@litchfieldcavo.com>
**Cc:** Michael Cerota <cerota@litchfieldcavo.com>; Josserand, Carrie E. <carrie.josserand@lathropgpm.com>; Andrew Johnson <Andrew.Johnson@sfbbg.com>; Gabriela S. Fernandez <Gabriela.Fernandez@sfbbg.com>
**Subject:** RE: 2025CV-05131: Chicago Ornamental Iron, Inc., et al. v. Selective Insurance Co. of America

Todd Jones can also be available on 4/15. He is going to cover at least one of the 30b6 topics so it would be convenient to get both done on the same date if possible.

 **Michael Abrams**

Partner

Lathrop GPM LLP
2345 Grand Blvd., Suite 2200
Kansas City, MO 64108-2618
Direct: 816.460.5530
Mobile: 816.582.3519
michael.abrams@lathropgpm.com
lathropgpm.com

This e-mail (including any attachments) may contain material that (1) is confidential and for the sole use of the intended recipient, and (2) may be protected by the attorney-client privilege, attorney work product doctrine or other legal rules. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

**From:** Richard Goldwasser <Richard.Goldwasser@sfbbg.com>
**Sent:** Monday, March 30, 2026 2:29 PM
**To:** Abrams, Michael <michael.abrams@lathropgpm.com>; Christopher A. Nelson <Christopher.Nelson@sfbbg.com>; Michael Baniak <baniak@litchfieldcavo.com>
**Cc:** Michael Cerota <cerota@litchfieldcavo.com>; Josserand, Carrie E. <carrie.josserand@lathropgpm.com>; Andrew Johnson <Andrew.Johnson@sfbbg.com>; Gabriela S. Fernandez <Gabriela.Fernandez@sfbbg.com>
**Subject:** RE: 2025CV-05131: Chicago Ornamental Iron, Inc., et al. v. Selective Insurance Co. of America

**CAUTION:** This email richard.goldwasser@sfbbg.com <richard.goldwasser@sfbbg.com> originated from outside of the organization. Do not click links, open attachments or reply, unless you recognize the sender's email address and know the content is safe.

Selective, where are you on confirming your corporate dep?

 **Richard Goldwasser | Partner**
**Schoenberg Finkel Beederman Bell Glazer LLC**
300 S. Wacker Drive, 15th Floor | Chicago, Illinois 60606
📞 312-648-2300
🌐 in **FORWARD THINKING | STRATEGIC COUNSEL**



*This transmission (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§2510-2521, and may be confidential and legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. Please reply to the sender that you have received the message in error, then delete it. Thank you.*



**From:** Abrams, Michael <michael.abrams@lathropgpm.com>
**Sent:** Monday, March 30, 2026 2:11 PM
**To:** Christopher A. Nelson <Christopher.Nelson@sfbbg.com>; Richard Goldwasser <Richard.Goldwasser@sfbbg.com>; Michael Baniak <baniak@litchfieldcavo.com>
**Cc:** Michael Cerota <cerota@litchfieldcavo.com>; Josserand, Carrie E. <carrie.josserand@lathropgpm.com>; Andrew Johnson <Andrew.Johnson@sfbbg.com>; Gabriela S. Fernandez <Gabriela.Fernandez@sfbbg.com>
**Subject:** RE: 2025CV-05131: Chicago Ornamental Iron, Inc., et al. v. Selective Insurance Co. of America

All-Working on dates for our requested witnesses. AP can produce our 30b6 witness on 4/15 if that still works.



**Michael Abrams**

Partner

Lathrop GPM LLP
2345 Grand Blvd., Suite 2200
Kansas City, MO 64108-2618
Direct: 816.460.5530
Mobile: 816.582.3519
michael.abrams@lathropgpm.com
lathropgpm.com

This e-mail (including any attachments) may contain material that (1) is confidential and for the sole use of the intended recipient, and (2) may be protected by the attorney-client privilege, attorney work product doctrine or other legal rules. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

**From:** Christopher A. Nelson <Christopher.Nelson@sfbbg.com>
**Sent:** Friday, March 20, 2026 9:33 AM
**To:** Richard Goldwasser <Richard.Goldwasser@sfbbg.com>; Michael Baniak <baniak@litchfieldcavo.com>
**Cc:** Michael Cerota <cerota@litchfieldcavo.com>; Abrams, Michael <michael.abrams@lathropgpm.com>; Josserand, Carrie E. <carrie.josserand@lathropgpm.com>; Andrew Johnson <Andrew.Johnson@sfbbg.com>; Gabriela S. Fernandez <Gabriela.Fernandez@sfbbg.com>
**Subject:** RE: 2025CV-05131: Chicago Ornamental Iron, Inc., et al. v. Selective Insurance Co. of America

**CAUTION:** This email Christopher A. Nelson <christopher.nelson@sfbbg.com> originated from outside of the organization. Do not click links, open attachments or reply, unless you recognize the sender's email address and know the content is safe.

Counsel: Please find attached notices of deposition.

Best,
Chris

**Christopher A. Nelson | Attorney**
**Schoenberg Finkel Beederman Bell Glazer LLC**
300 S. Wacker Drive, 15th Floor | Chicago, Illinois 60606



📞 | Direct: 312-648-2300

🌐 in **FORWARD THINKING** | **STRATEGIC COUNSEL**

| The Changes Illinois Employers Need to Make to Key Workplace Agreements | Noncompete Trends: How Forfeiture Clauses Shift the Rules |
|---|---|

*This transmission (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§2510-2521, and may be confidential and legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. Please reply to the sender that you have received the message in error, then delete it. Thank you.*

**From:** Richard Goldwasser <Richard.Goldwasser@sfbbg.com>
**Sent:** Wednesday, March 18, 2026 5:40 PM
**To:** Michael Baniak <baniak@litchfieldcavo.com>
**Cc:** Christopher A. Nelson <Christopher.Nelson@sfbbg.com>; Michael Cerota <cerota@litchfieldcavo.com>; Michael Abrams <michael.abrams@lathropgpm.com>; Carrie E. Josserand <carrie.josserand@lathropgpm.com>; Andrew Johnson <Andrew.Johnson@sfbbg.com>
**Subject:** Re: 2025CV-05131: Chicago Ornamental Iron, Inc., et al. v. Selective Insurance Co. of America

That's fine, Mike.

Meanwhile, where is everyone on the protective order?

Richard M. Goldwasser | **SFBBG, LLC**

> On Mar 18, 2026, at 5:30 PM, Baniak, Michael <baniak@litchfieldcavo.com> wrote:
>
> Rich:
>
> We'll need a couple of days to finish discussing our response to your letter. Can we please have until Friday?
>
> Acknowledged re: deposition dates.
>
>> On Mar 18, 2026, at 3:11 PM, Richard Goldwasser <Richard.Goldwasser@sfbbg.com> wrote:
>>
>> **Caution:** External Email Warning - This email originated outside the firm. Please do not click links or open attachments unless you were expecting this communication. Contact Help Desk with questions -

HelpDesk@LitchfieldCavo.com or 312.781.6666.

Counsel, I'm following up on our correspondence below.

First, please let us know if you have any objections to our proposed protective order.

Second, Mike, will we be hearing from you guys today in response to our discovery letter?

I believe many of the matters in the letter are not in controversy. For example, it was apparent from the depositions that relevant documents were not produced. But we'll present the issues to the court if necessary. Please advise ASAP.

Third, this will confirm that the JS Held deposition will proceed at my office on April 14 at 9:30 a.m., and that we will hold open April 8 and 9 (at 9:30 a.m. and 1:30 p.m. each day) for the depositions of the four other subpoenaed deponents (RCF, JDH, Morgan Johnson, and Envista).

Thanks,
Rich

<image001.png> **Richard Goldwasser** | **Partner**
**Schoenberg Finkel Beederman Bell Glazer LLC**
300 S. Wacker Drive, 15th Floor | Chicago, Illinois 60606
<image002.png>312-648-2300
<image003.png> <image004.png>  **FORWARD THINKING | STRATEGIC COUNSEL**

<image007.png>  <image008.png>

*This transmission (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§2510-2521, and may be confidential and legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. Please reply to the sender that you have received the message in error, then delete it. Thank you.*

<image009.png><image010.png>

---

**From:** Christopher A. Nelson <Christopher.Nelson@sfbbg.com>
**Sent:** Wednesday, March 11, 2026 4:25 PM
**To:** Baniak, Michael <baniak@litchfieldcavo.com>; Cerota, Michael <cerota@litchfieldcavo.com>; Abrams, Michael <michael.abrams@lathropgpm.com>; Josserand, Carrie E. <carrie.josserand@lathropgpm.com>
**Cc:** Richard Goldwasser <Richard.Goldwasser@sfbbg.com>; Andrew Johnson <Andrew.Johnson@sfbbg.com>
**Subject:** 2025CV-05131: Chicago Ornamental Iron, Inc., et al. v. Selective Insurance Co. of America

Counsel:

Please see attached. Please also let us know if you have any comments regarding the proposed agreed confidentiality order. I've attached a redline showing deviations from the model Northern District of Illinois order.

Best,
Chris

<image001.png> **Christopher A. Nelson** | **Attorney**
**Schoenberg Finkel Beederman Bell Glazer LLC**
300 S. Wacker Drive, 15th Floor | Chicago, Illinois 60606
<image002.png> | Direct: 312-648-2300

<image003.png> <image004.png> FORWARD THINKING | STRATEGIC COUNSEL

<image011.png> <image012.png>

*This transmission (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§2510-2521, and may be confidential and legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. Please reply to the sender that you have received the message in error, then delete it. Thank you.*

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

PRIVILEGE AND CONFIDENTIALITY NOTICE The information contained in this email and any attachments may be legally privileged and confidential. If you are not an intended recipient, you are hereby notified that any dissemination, distribution or copying of this email is strictly prohibited. If you have received this email in error, please notify the sender and permanently delete the email and any attachments immediately. You should not retain, copy or use this email or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Thank you.

<image001.png>
<image002.png>
<image003.png>
<image004.png>

<image007.png>
<image008.png>
<image009.png>
<image010.png>
<image011.png>
<image012.png>

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

PRIVILEGE AND CONFIDENTIALITY NOTICE The information contained in this email and any attachments may be legally privileged and confidential. If you are not an intended recipient, you are hereby notified that any dissemination, distribution or copying of this email is strictly prohibited. If you have received this email in error, please notify the sender and permanently delete the email and any attachments immediately. You should not retain, copy or use this email or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Thank you.